Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-11-00135-CV

**IN RE** Nicole **PEREZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Rebecca Simmons, Justice

Delivered and Filed:  May 11, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On February 16, 2011, relator filed a petition for writ of mandamus.  The court has considered relator's petition and real party in interest's response and is of the opinion that relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2008-CI-09633, styled *In the Interest of K.R.A., A Minor Child*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Peter Sakai presiding.  However, the order complained of was signed by the Honorable Janet Littlejohn, presiding judge of the 150th Judicial District Court, Bexar County, Texas.